FILED
2020 Nov-13 AM 09:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| FREDERICK JACKSON, | ) |
| Petitioner, | ) |
| v. | ) Case No. 1:20-cv-0739-AKK-GMB |
| CHERON NASH, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

On October 13, 2020, the Magistrate Judge filed a report and recommendation that this petition for habeas corpus relief, filed pursuant to 28 U.S.C. § 2241, be dismissed as moot due to the petitioner's having previously received the requested relief. Doc. 10. No party filed timely objections, although advised of their rights to do so.

Having now carefully reviewed and considered *de novo* all the materials in the court file, the court **ADOPTS** the Magistrate Judge's report and **ACCEPTS** his recommendation. The court finds that the petition for a writ of habeas corpus is due to be dismissed as moot.

The court will enter a separate Final Order.

**DONE** the 13th day of November, 2020.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE